# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:20-cv-00379-LPS |
| v. | ) |
| | ) |
| CENTERSTATE BANK CORPORATION, ERNEST S. PINNER, CHARLES W. MCPHERSON, JAMES H. BINGHAM, MICHAEL J. BROWN SR., CHARLES DENNIS CARLTON, MICHAEL F. CIFERRI, JOHN C. CORBETT, JODY JEAN DREYER, GRIFFIN A. GREENE, JOHN H. HOLCOMB III, RICHARD MURRAY IV, GEORGE TIERSO NUNEZ, THOMAS E. OAKLEY, G. RUFFNER PAGE JR., WILLIIAM KNOX POU JR., DANIEL R. RICHEY, DAVID G. SALYERS, JOSHUA A. SNIVELY SR., AND MARK W. THOMPSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 21, 2020                                **RIGRODSKY & LONG, P.A.**

                                                   By: */s/ Brian D. Long*
                                                        Brian D. Long (#4347)

**OF COUNSEL:**                         Gina M. Serra (#5387)
                                          300 Delaware Avenue, Suite 1220
**WOLF HALDENSTEIN ADLER**       Wilmington, DE 19801
**FREEMAN & HERZ LLP**              Telephone: (302) 295-5310
Gloria Kui Melwani                     Facsimile: (302) 654-7530
270 Madison Avenue                    Email: bdl@rl-legal.com
New York, NY 10016                    Email: gms@rl-legal.com
Telephone: (212) 545-4600
Facsimile: (212) 686-0114             *Attorneys for Plaintiff*
Email: melwani@whafh.com